NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEANNE ABOU SHARAKA,　　　　　　　)
DIAMOND GIFTS, INC., and　　　　　　 )
DIAMOND GIFTS,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellants,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　 )　　　Case No. 2D18-1782
　　　　　　　　　　　　　　　　　　　)
E & A, INC.,　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed November 6, 2019.

Appeal from the Circuit Court for
Pinellas County; John A. Schaefer,
Judge.

Jawdet I. Rubaii, Jack F. White, III, of
Jawdet I. Rubaii, P.A., Clearwater, for
Appellants.

William H. Walker of Law Office of
William H. Walker, Chartered,
Clearwater, for Appellee.


PER CURIAM.

　　　　　　Affirmed.


SILBERMAN, BADALAMENTI, and SMITH, JJ., Concur.